NEWMAN v. STREETER et al. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Peter Newman against Charles T. Streeter and others. No

opinion. Application denied, with $10 costs. Order signed.